UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA L. MEDLEY, | NO. CV 07-4017-DOC(E) |
|     Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, |
| LEROY BACA, | CONCLUSIONS AND RECOMMENDATIONS |
|     Defendant. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Plaintiff's Motion for Partial Summary Judgment is denied; (2) Plaintiff's "Request for Ruling" is denied as moot; (3) Defendant's Motion for Summary Judgment is granted; (4) Defendant's Motion to Dismiss is denied as moot; and (5) Judgment shall be entered dismissing the action without prejudice.

///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Plaintiff and counsel for Defendant.
4
5   LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7   DATED:  December 2, 2008.

         /s/ David O. Carter
         DAVID O. CARTER
         UNITED STATES DISTRICT JUDGE

2